IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Kurt W. Paulus, et al.,      ) | |
| ) | CASE NO. 2:12-cv-856-EAS-EPD |
| Plaintiffs,      ) | |
| ) | Judge Sargus |
| v.      ) | |
| ) | Magistrate Judge Preston Deavers |
| Citicorp North America, Inc., et al.,      ) | |
| ) | |
| Defendants.      ) | |

**STIPULATED DISMISSAL**

Plaintiffs and Defendants hereby stipulate to the entry of this Order for Dismissal with prejudice consistent with the parties' Settlement and Release Agreement (the "Settlement Agreement").

The Parties further agree that this Honorable Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

This Order constitutes the final order and resolves all claims in this case.

/s/ Jack A. Van Kley_____　　　/s/ Robert C. Folland_____
Jack A. Van Kley (0016961)　　　　　　　Robert C. Folland (0065728)
Van Kley & Walker, LLC　　　　　　　　 Amy Ruth Ita (0074520)
132 Northwoods Blvd., Suite C-1　　　　　BARNES & THORNBURG LLP
Columbus, OH  43235　　　　　　　　　 41 South High Street, Suite 3300
(614) 431-8900 (Office)　　　　　　　　　Columbus, OH  43215
Email:  jvankley@vankleywalker.com　　　(614-628-1429 (Office)
Attorney for Plaintiffs　　　　　　　　　 (614) 628-1433 (Facsimile)
　　　　　　　　　　　　　　　　　　 Email: rfolland@btlaw.com
　　　　　　　　　　　　　　　　　　 Email: aita@btlaw.com
　　　　　　　　　　　　　　　　　　 Attorneys for Defendant


**IT IS SO ORDERED.**


This _____ day of _____, 2015


_____

JUDGE EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE

2